ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ROSALEEN T. O'GARA
Assistant U.S. Attorney
State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
Attorneys for Plaintiff

FILED
2018 APR 11  PM 3: 21
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18- 596 TUC RCC(BPV) |
|---|---|
| Plaintiff, | MOTION TO SEAL INDICTMENT |
| vs. | |
| Douglas Clay Moulton, | (UNDER SEAL) |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendant is a fugitive. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 11th day of April, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

ROSALEEN T. O'GARA
Assistant U.S. Attorney

FILED

2018 APR 11 PM 3: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR 18 - 596 TUC RCC(BPV)

| | |
|---|---|
| United States of America, | |
| Plaintiff, | ORDER TO SEAL |
| vs. | INDICTMENT |
| Douglas Clay Moulton, | (UNDER SEAL) |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment, the Motion to Seal and this Order to Seal herein be sealed and shall remain sealed until further order of this Court.

DATED this 11 day of April, 2018.

_____
United States Magistrate Judge

cc: AUSA

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
Attorneys for Plaintiff

FILED
2018 APR 11 PM 3: 26
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR18- 596TUC RCC(BPV)

| United States of America, | |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Count 1: 18 U.S.C. § 1361 (Destruction of Government Property) |
| Douglas Clay Moulton, | Count 2: 49 U.S.C. § 46317 (Operating an Aircraft without a License) |
| Defendant. | SEALED |

THE GRAND JURY CHARGES:

## COUNT 1

### 18 USC § 1361 - Destruction of Government Property

Beginning at a time unknown to on or about October 24, 2017, at or near Ironwood National Monument, in the District of Arizona, Defendant, Douglas Moulton, did willfully injure and commit a depredation against property of the United States, to wit: he did construct an airstrip on federal land, thereby excavating, removing, damaging, and otherwise altering and defacing an archaeological resource from public land, namely Ironwood National Monument, resulting in damage to archaeological resources in the amount of $92,983 and damage to environmental resources in the amount of $2,690, all in violation of Title 18, United States Code, Section 1361.

///

## COUNT 2

### 49 U.S.C. § 46317 - Operating an Aircraft without a License

Beginning at a time unknown to on or about October 24, 2017, at or near Ironwood National Monument, in the District of Arizona, Defendant, Douglas Moulton, did knowingly and willfully serve and attempt to serve in any capacity as an airman operating an aircraft in air transportation without an airman's certificate authorizing such; all in violation of Title 49, United States Code, Section 46317.

A TRUE BILL

/ S /
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Moulton*
*Indictment Page 2 of 2*
Case 3:20-mj-00413-DMS   Document 1-1   Filed 08/12/20   Page 4 of 10

```
                                              ☑ FILED        ___ LODGED
                                              ___ RECEIVED   ___ COPY

                                                   AUG  8 2018

                                              CLERK US DISTRICT COURT
                                                DISTRICT OF ARIZONA
                                              BY_____ DEPUTY
```

1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona
   HEATHER N. SIEGELE
3  Assistant U.S. Attorney
   State Bar No. 023996
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: heather.siegele@usdoj.gov
   Attorneys for Plaintiff
7

8             IN THE UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF ARIZONA

10
   United States of America,
11                                    CR 18-00596-TUC-RCC (BPV)
                Plaintiff,
12
        vs.                           NOTICE OF APPEARANCE
13                                    OF GOVERNMENT COUNSEL
   Douglas Clay Moulton,
14
                Defendant.            (UNDER SEAL)
15

16      The United States of America, by and through its undersigned attorneys, gives

17 notice that HEATHER N. SIEGELE files her appearance as counsel for the United States

18 of America in the above-captioned matter, as co-counsel to lead counsel ROSALEEN T.

19 O'GARA.

20      Respectfully submitted this 8th day of August, 2018.

21
                                      ELIZABETH A. STRANGE
22                                    First Assistant United States Attorney
                                      District of Arizona
23

24                                    /s/ Heather N. Siegele

25                                    HEATHER N. SIEGELE
                                      Assistant U.S. Attorney
26

27

28

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
TIFFANY J. UNDERWOOD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: tiffany.underwood@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

MAR 1 8 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Douglas Clay Moulton,<br><br>   Defendant. | CR 18-00596-TUC-RCC (BPV)<br><br>NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL<br><br>(UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, gives notice that Tiffany J. Underwood files her appearance as Lead counsel for the United States of America in the above-captioned matter, in place of Rosaleen T. O'Gara.

Respectfully submitted this 18th day of March, 2019.

            ELIZABETH A. STRANGE
            First Assistant United States Attorney
            District of Arizona

            */s/*

            TIFFANY J. UNDERWOOD
            Assistant U.S. Attorney

MICHAEL BAILEY
United States Attorney
District of Arizona
TIFFANY J. UNDERWOOD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: tiffany.underwood@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Douglas Clay Moulton,<br>aka Kern Lee Burge,<br>aka Jeffrey Bernard Davis,<br>aka William Davis,<br><br>　　　　　　Defendant. | CR 18-00596-RCC-BPV<br><br>GOVERNMENT'S MOTION<br>TO UNSEAL CASE<br><br>(Paper Filed In A Sealed Case<br>All Defendant Name(s) to Be Made Public) |

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court enter an Order to:

1. Unseal the case.

2. It is the intent of the government to unseal the entire case:

　　☒　The government is not specifying any documents to remain sealed.

3. Pursuant to the March 2004 Judicial Conference guidance, certain criminal documents shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access: unexecuted summonses or warrants of any kind (e.g., search warrants, arrest warrants); pretrial bail or presentence investigation reports; statements of reasons in the judgment of conviction; juvenile records; documents containing identifying information about jurors or potential jurors; financial

affidavits filed in seeking representation pursuant to the Criminal Justice Act; *ex parte* requests for authorization of investigative; and expert or other services pursuant to the Criminal Justice Act. Accordingly, the government requests that documents in those categories remain sealed without further order of the Court.

Respectfully submitted this 30th day of July, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

for TIFFANY J. UNDERWOOD
Assistant U.S. Attorney

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Douglas Clay Moulton,<br>aka Kern Lee Burge,<br>aka Jeffrey Bernard Davis,<br>aka William Davis,<br><br>   Defendant. | CR 18-00596-RCC-BPV<br><br>ORDER |
|---|---|

On motion of the United States of America,

IT IS ORDERED that the Clerk shall:

1.   Unseal the case.

Dated: _____

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Douglas Clay Moulton,<br>　aka Kern Lee Burge,<br>　aka Jeffrey Bernard Davis,<br>　aka William Davis,<br><br>　　　　　　　Defendant. | CR-18-00596-TUC-RCC(LAB)<br><br>ORDER |

　　This matter having come before the Court on the Motion of the United States of America to unseal this case, [Doc. 10], and good cause appearing,

　　**IT IS ORDERED** that the motion is granted, and the referenced case be unsealed for all purposes.

　　Dated this 31st day of July, 2020.

　　　　　　　　　　　　　　　　　　_Leslie A. Bowman_
　　　　　　　　　　　　　　　　　　Honorable Leslie A. Bowman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge